Case 4:23-cv-03107   Document 14   Filed on 03/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 21, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **JOSEPH STINSON**, *et al.*, § § **Plaintiffs,** § § **VS.** § **CIVIL ACTION NO. 4:23-CV-03107** § **CAREMAX, INC.**, *et al.*, § § **Defendants.** § | |

## ORDER

Having considered the Joint Notice to Decline Intervention filed by the States of Texas, Florida, New York, and Tennessee (collectively, the "Plaintiff States") under their respective states' false claims acts or analogous statutes, ECF No. 12, the Court rules as follows:

**IT IS ORDERED THAT:**

1. The parties shall serve upon Counsel for the Plaintiff States all pleadings and motions filed in this action, including supporting memoranda, orders, and notices of appeal;
2. The Plaintiff States may order any deposition transcripts and at any time may intervene and, for good cause, seek dismissal of the Relator's actions or claims; and
3. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the moving party (or parties) must solicit the written consent of the Plaintiff States before applying to the Court for approval.
4. The Clerk shall serve a copy of this Order only on the United States, the Plaintiff States, and the Relator.

**SIGNED** in Houston, Texas, this 20th day of March, 2025.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE