**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and the STATES OF FLORIDA, TENNESSEE, TEXAS, and NEW YORK, *ex rel.* JOSEPH STINSON, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO: 4:23-cv-3107 |
| v. | § § § | **FILED UNDER SEAL** |
| CAREMAX, INC., *et al.*, | § § § | |
| Defendants. | § | |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On March 21, 2025, Relator Joseph Stinson filed a Notice of Voluntary Dismissal, requesting dismissal without prejudice of this this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

Finally, the United States requests that the relator's Complaint, this Notice be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

    Respectfully submitted,

    NICHOLAS J. GANJEI
    UNITED STATES ATTORNEY

    /s/ Jill O. Venezia
    JILL O. VENEZIA
    Assistant United States Attorney
    Texas Bar # 24010764
    Southern District of Texas Bar No. 31305
    1000 Louisiana, Suite 2300
    Houston, Texas  77002
    Telephone: (713) 567-9511
    Facsimile: (713) 718-3309
    Email: Jill.Venezia@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing United States' Notice of Consent to Dismissal was served by email on this, the 1st day of April 2025, to:

>Joseph M. Callow
>Gregory M. Utter
>Callow & Utter, LLC
>8044 Montgomery Road
>Suite 170
>Cincinnati, Ohio 45236
>
>Joel D. Hesch
>The Hesch Law Firm, LLC
>3540 Ridgecroft Drive
>Lynchburg, Virginia  24503
>
>J. Todd Benson
>333 Texas Street
>Suite 1400
>P.O. Box 1764 (71166-1764)
>Shreveport, Louisiana 71101
>
>Attorneys for Plaintiff/Relator

>/s/ Jill O. Venezia
>JILL O. VENEZIA
>Assistant United States Attorney