Case 4:23-cv-03107　　Document 18　　Filed on 04/02/25 in TXSD　　Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 02, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JOSEPH STINSON,** *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-03107 |
| **CAREMAX, INC.,** *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Having considered the Joint Notice of Consent to Voluntary Dismissal filed by the States of Texas, Florida, New York, and Tennessee (collectively, the "Plaintiff States"), ECF No. 13, the Notice of Voluntary Dismissal filed by Plaintiff Joseph Stinson, ECF No. 16, and the Notice of Consent to Dismissal filed by the United States, ECF No. 17, the Court rules as follows:

**IT IS ORDERED THAT:**

1. This action is DISMISSED without prejudice. The Clerk is directed to administratively CLOSE this case.
2. The Clerk shall UNSEAL the United States' Notice of Consent to Dismissal. ECF No. 17.
3. All other docket entries that have not already been ordered to be unsealed, *see* ECF No. 15, shall REMAIN UNDER SEAL until further order of this Court.

**SIGNED** in Houston, Texas, this 2nd day of April, 2025.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE